# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132990(149)(150)(151)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID JEROME KENNEDY,
      Defendant-Appellant.

SC: 132990
COA: 252104
Washtenaw CC: 02-002185-FH
             02-002189-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's May 30, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for leave to file pro per motion is GRANTED. The motion to dismiss is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
Clerk

d1022